# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>                      Plaintiff,<br>  vs.<br><br>COURTESY AUTO RENTALS, LP; BUDGET TRUCK RENTAL, LLC; and DOES 1 through 10, inclusive,<br><br>                      Defendants. | CASE NO. 06cv2590-LAB (NLS)<br><br>**ORDER DISMISSING ACTION**<br><br>[Dkt No. 13, 14] |

In response to the court's Order To Show Cause, Plaintiff moves for dismissal with prejudice of all defendants and all claims, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1). The court **GRANTS** the request and instructs the Clerk of Court to terminate this action in its entirety, with prejudice.

**IT IS SO ORDERED**.

DATED: October 15, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge